IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 13 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00220-BNB

JOHN NASIOUS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
LEGAL ACCESS PROGRAM COMPLETE STAFF,
WARDEN ABBOT, CTCF Facility,
CATHIE HOLST, Office of Correctional Legal Services Legal Access Program,
MS. BROWN, Legal Access Program,
JULIE RUSSEL, Supervisor Legal Access Program,
CYNTHIA SMITH, Legal Access Program, C.T.C.F.,
MARIA MUNIZ, Legal Access Program, A.V.C.F.,
UNKNOWN JOHN DOE AND JANE DOE DEFENDANTS CURRENTLY NOT KNOWN
    BY NAME BUT WILL BE ADDED AT A LATER DATE,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff John Nasious initiated this action by filing *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. In an order filed on February 1, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Nasious to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Nasious to file a Prisoner Complaint and to submit a certified copy of his inmate trust fund account statement in support of the *in forma pauperis* motion. Mr. Nasious was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Nasious has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's February 1 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 12 day of March, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00220-BNB

John Nasious
Prisoner No. 98775
CTCF - CH 5 -L-209
PO Box 1010
Cañon City, CO 81215- 1010

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/13/08

                                          GREGORY C. LANGHAM, CLERK

                              By: _____
                                              Deputy Clerk